IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GINA R. BELLINGER, on behalf of herself and as trustee for the JOHN A. BELLINGER 2018 FAMILY TRUST and the GINA R. BELLINGER 2010 TRUST, and JOHN W. BELLINGER, as trustee for the LAUREN V. BELLINGER 2018 FAMILY TRUST and the JOHN W. BELLINGER 2010 TRUST,<br><br>        Plaintiffs,<br><br>    v.<br><br>LABORATORIES TOPCO LLC, WARBURG PINCUS (CALLISTO) PRIVATE EQUITY XII (CAYMAN), L.P., WARBURG PINCUS (EUROPA) PRIVATE EQUITY XII (CAYMAN), L.P., WARBURG PINCUS (GANYMEDE) PRIVATE EQUITY XII (CAYMAN), L.P., WARBURG PINCUS PRIVATE EQUITY XII-B (CAYMAN), L.P., WARBURG PINCUS PRIVATE EQUITY XII-D (CAYMAN), L.P., WARBURG PINCUS PRIVATE EQUITY XII-E (CAYMAN), L.P., WP XII PARTNERS (CAYMAN), L.P., WARBURG PINCUS XII PARTNERS (CAYMAN), L.P., and TILIA FUND I AIV, L.P.,<br><br>        Defendants. | Civil Action No. 23-695-RGA |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, I ADOPT the Magistrate Judge's Report and Recommendation with respect to Counts I and II of the Complaint and REJECT-IN-PART the Report and Recommendation with respect to Counts III and IV.

(D.I. 37).  Defendants' motions to dismiss (D.I. 12; D.I. 15) are GRANTED.  All Counts of the Complaint are hereby dismissed without prejudice.

    IT IS SO ORDERED.

Entered this 28th day of March, 2024.

    /s/ Richard G. Andrews
United States District Judge